**Krista L. SANDA, Petitioner,**

v.

**Joan Anderson GROWE, Secretary of State of the State of Minnesota, Respondent.**

No. CX–90–2324.

Supreme Court of Minnesota.

Nov. 30, 1990.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Krista L. Sanda filed pursuant to Minn.Stat. § 204B.44 be, and the same is, denied as moot.

IT IS FURTHER ORDERED that the petition of Elmer J. Hankes be, and the same is, denied.